NOLAN & HELLER, LLP
ATTORNEYS AT LAW

JUSTIN A. HELLER, ESQ.
Direct Dial: (518) 432-3186
*jheller@nolanandheller.com*

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

*www.nolanandheller.com*

November 20, 2015

**ECF**
Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court, N.D.N.Y.
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

**Re: John J. Arehart**
**Chapter 11; Case No. 15-11894**

**Sit'n Bull Ranch and Country Club, Inc.**
**Chapter 7; Case No. 15-10080**

Dear Judge Littlefield:

I am writing to provide the Court with a status update, pursuant to the provisions of the Court's October 28, 2015 Order.

The auction sale of the Debtors' real and personal property was conducted by Tranzon Auction Properties on November 18, 2015. There were three registered bidders, and the successful bidder was Carol O. McLean, with a bid of $1,405,000.00. Ms. McLean has transferred to our IOLA account the full deposit required under the terms and conditions of sale - $140,500. A copy of the Memorandum of Sale with Ms. McLean is attached as Exhibit "A" to this letter.

I have also attached, as Exhibit "B" hereto, a proposed order approving the sale. One item that should be noted is our proposal that 1000 Acres Ranch Resort, Inc. be reimbursed for its costs of maintaining the property, including the care of the horses, during the period beginning after the ranch closed for the season through the closing. I believe this is appropriate, given the obvious necessity of these expenses and the benefit to creditors.

Thank you for your consideration.

Very truly yours,

**NOLAN & HELLER, LLP**

Justin A. Heller

JAH/lcd